FILED
2012 Jan-31 PM 07:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TIJUANA JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:11-cv-02657-SLB** |
| **NATIONAL RECOVERY** ) | |
| **SOLUTIONS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST NATIONAL RECOVERY SOLUTIONS, LLC

COMES NOW Tijuana Jones and respectfully requests this Honorable Court to dismiss Plaintiff's claims against National Recovery Solutions, LLC as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant National Recovery Solutions, LLC be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant National Recovery Solutions, LLC.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (ASB-5819- T82J)**
**M. Stan Herring (ASB-1074-N72M)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John G. Watts
OF COUNSEL